UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVANA NIKAJ, and CARNEY & MARCHI, P.S., <br><br>　　　　　　Plaintiffs, <br>　　v. <br><br>UNITED STATES DEPARTMENT OF STATE, <br><br>　　　　　　Defendant. | CASE NO. C18-0496-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed a complaint with the Court on April 4, 2018 (Dkt. No. 2) and the Court issued summons on April 9, 2018 (Dkt. No. 4). Pursuant to Federal Rule of Civil Procedure 4(l)(1), (m) proof of service was due to the Court within 90 days. No such proof has yet been made. Accordingly, Plaintiffs are ORDERED to show cause why this case should not be dismissed for want of prosecution. Plaintiffs' response is due within fourteen (14) days of this order. The Clerk is DIRECTED to send a copy of this order to Plaintiffs.

//

//

DATED this 19th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk