UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SILVANA NIKAJ, *et al.*, | CASE NO. C18-0496-JCC |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the status conference and to set a briefing schedule (Dkt. No. 12). The motion is GRANTED. The Clerk is directed to VACATE the status conference, currently set for November 13, 2018. The following briefing schedule is ORDERED:

| Motion | Deadline |
|---|---|
| Defendant's dispositive motion | January 11, 2019 |
| Plaintiffs' response to Defendant's dispositive motion and cross-motion | February 8, 2019 |
| Defendant's reply in support of its dispositive motion and Defendant's response to | March 1, 2019 |

MINUTE ORDER
C18-0496-JCC
PAGE - 1

| | |
|---|---|
| Plaintiffs' cross-motion | |
| Plaintiffs' reply in support of its cross-motion | March 22, 2019 |

DATED this 6th day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
