THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SILVANA NIKAJ, *et al.*, | CASE NO. C18-0496-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to stay the briefing schedule (Dkt. No. 14). Finding good cause, the motion is GRANTED. The briefing schedule is STAYED until appropriations have been restored to Defendant. The briefing schedule shall be EXTENDED by the number of days equal to the duration of the lapse of appropriations.

DATED this 3rd day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0496-JCC
PAGE - 1