THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILVANA NIKAJ, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | CASE NO. C18-0496-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's notice of appropriations received and motion to reset the briefing schedule (Dkt. No. 16.) The stay in this case is LIFTED. The current briefing schedule (Dkt. No. 13) is EXTENDED to the following dates:

| **Motion** | **Deadline** |
|---|---|
| Defendant's dispositive motion | February 15, 2019 |
| Plaintiffs' response to Defendant's dispositive motion and cross-motion | March 15, 2019 |
| Defendant's reply in support of its dispositive motion and Defendant's response to Plaintiffs' cross-motion | April 10, 2019 |

MINUTE ORDER
C18-0496-JCC
PAGE - 1

| Plaintiffs' reply in support of its cross-motion | May 6, 2019 |

DATED this 1st day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0496-JCC
PAGE - 2